Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

*FILED*

2025 APR 11  AM 10: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| V.  PLAINTIFF | 25-cr-00244-FMO |
| MICHAEL MEISER | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/11/2025 _____ at _____ ☐ AM ☐ PM

   or

   The defendant was arrested in the Central _____ District of California _____ on 04/11/2025 at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☐ No

4. Charges under which defendant has been booked:

   21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i) & 18 U.S.C. § 924(c)(1)(A)(i)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Daniel Perlman  Phone Number: 818-383-6692

9. Name of Pretrial Services Officer notified: Elsa Perez

10. Remarks (if any): _____

11. Name: Michael Shanahan  (please print)

12. Office Phone Number: 310-996-3820

13. Agency: FBI

14. Signature: _____

15. Date: 04/11/2025

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION